IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

IN RE:     EMMITT PASCAL BOWENS,
                                    DEBTOR

CASE NO.: 11-23088
CHAPTER 7
HONORABLE GEORGE W. EMERSON, JR.

ALLY FINANCIAL, INC. f/k/a GMAC                              PLAINTIFF

VS
                                    ADVERSARY PROCEEDING NO. _____

EMMITT PASCAL BOWENS                                         DEFENDANT

**COMPLAINT TO OBJECT TO DISCHARGE**

Comes now Ally Financial, Inc, f/k/a GMAC (Ally) Plaintiff creditor, and shows the Court as follows:

1.  Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on March 24, 2011.

2.  This is a core proceeding pursuant to 28 U.S.C §157(b)(2)(J). Venue is proper under 28 U.S.C. §1409(a).

3.  On or about June 20, 2007 Debtor entered into and executed a Retail Installment Sale Contract to finance the purchase of a 2007 Chevrolet Avalanche bearing VIN 3GNEC12057G306608. Subsequent thereto the Debtor defaulted on the terms of the aforesaid Retail Installment Sale Contract by failing to make the payments which he was obligated to pay and

failing to furnish evidence of physical damage insurance upon the aforedescribed vehicle. A copy of said contract is attached hereto as Exhibit "A".

4. Ally f/k/a GMAC perfected its security in the described vehicle by endorsement upon the Certificate of Title issued by the State of Tennessee, a copy of which is attached hereto as Exhibit "B".

5. On or about January 21, 2011 Ally filed a complaint in replevin in the County Court of Desoto County, Mississippi seeking to recover the aforedescribed vehicle. All attempts to locate the Debtor Defendant for service of process or to locate the subject vehicle were unsuccessful.

6. Subsequent to the filing of the replevin action and while efforts were being made to locate the Debtor Defendant or the vehicle the Defendant filed his petition in bankruptcy.

7. Subsequent to the filing of the bankruptcy petition by the Debtor in this cause efforts have further been made through Debtor's counsel to ascertain the location of the aforedescribed vehicle, all without success.

8. Plaintiff asserts that the Debtor should be denied a discharge pursuant to the provisions of 11 U.S.C. §727(a)(2) because the Debtor has transferred, removed, destroyed, concealed or has permitted the same to be done with the collateral pledged to Ally. Further the Debtor should be denied a discharge pursuant to 11 U.S.C. § 727(a)(5) in that he has failed to satisfactorily explain the loss of the assett which was pledged as security to Ally.

WHEREFORE, Ally prays that the Debtor be denied discharge and for such other relief as may be lawful and proper in the premises.

Respectfully submitted,

/s/ EARL C. BUCKLES
**EARL C. BUCKLES**         TN Bar No. _____
45 N. Third Street, Suite 104
Memphis, Tennessee 38103
Phone:(901)522-0048 Email: earlcbuckles@bellsouth.net

/s/ JOSEPH C. GIBBS
**JOSEPH C. GIBBS**         MS Bar No. 4814
Post Office Box 1117 - 111 Court Street
Clarksdale, Mississippi 38614 - 1117
Phone: (662) 627-4146 Email: jcglaw@bellsouth.net
**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing electronically filed Complaint to Object to Discharge was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic filing indicates that Notice was electronically mailed to said party:

**DAVID SANDY**   TN Bar No. 024692
Phone: (901) 255-2740  Email: attorney@mymemphislawyer.com
Attorney for Debtor

**BETTYE SUE BEDWELL**   TN Bar No. _____
Phone: (901) 577-0009  Email: _____
Chapter 7 Bankruptcy Trustee

**OFFICE of the U. S. TRUSTEE**
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103

Mr. Emmitt Pascal Bowens
275 Chesterman Street
Holly Springs, Mississippi 38635
Debtor

Dated this the _____ day of June, 2011.

/s/ Earl C. Buckles

/s/ Joseph C. Gibbs

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

**Buyer (and Co-Buyer) Name and Address:**
EMMET BOWEN
194 PHILLIPS ST
HOLLY SPRING, MS 38635

**Creditor - Seller (Name and Address):**
BILL HEARD CHEVROLET INC.
COLLIERVILLE, TN 38017

Contract Number: [handwritten]
Dealer Number: [illegible]
Stamped: JUN 28 2007

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2007 | CHEVROLET AVALANCHE | 3GNEC12857G306608 | ☒ personal, family or household<br>☐ business<br>☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $3839.88 |
|---|---|---|---|---|
| 7.99 % | $14289.61 | $54349.79 | $68639.40 | $71639.40 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 953.29 | Monthly beginning 08/04/2007 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $1.00 or 5% of the part of the payment that is late, whichever is greater.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price (including $3820.34 sales tax) ............... $53220.34 (1)
2. Total Downpayment =
   Trade-in N/A
      (Year)  (Make)  (Model)
   Gross Trade-In Allowance ........... $ N/A
   Less Pay Off Made By Seller ........ $ N/A
   Equals Net Trade In ................ $ N/A
   + Cash ............................. $ 3839.88
   + Other ............................ $ N/A
   (If total downpayment is negative, enter "0" and see 4H below)
                                              $3839.88 (2)
3. Unpaid Balance of Cash Price (1 minus 2) ..... $50220.34 (3)
4. Other Charges including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life ........................... $ N/A
      Disability ..................... $ N/A       $ N/A
   B. Vendor's Single Interest Insurance
      Paid to Insurance Company ................. $ N/A
   C. Other Insurance Paid to the Insurance Company .... $ 599.00
   D. Official Fees Paid to Government Agencies ....... $ N/A
   E. Government Taxes Not Included in Cash Price ..... $ N/A
   F. Government License and/or Registration Fees .... $ 165.58
   G. Government Certificate of Title Fees ........... $ 15.00
   H. Other Charges (Seller must identify who is paid and describe purpose)
      to N/A for Prior Credit or Lease Balance ....... $ N/A
      to BILL HEARD for PROCESSING FEE ............... $ 399.55
      to N/A for N/A ................................. $ N/A
      to GAP for SERVICE CONTRACT .................... $ 3836.00
      to N/A for N/A ................................. $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf ...... $4129.43 (4)
5. Amount Financed (3 + 4) ........................................... $54349.79 (5)

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your decision to buy or not to buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**
☐ Credit Life  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)

Premium:
Credit Life $ _____  N/A
Credit Disability $ _____  N/A

Insurance Company Name ____N/A____
Home Office Address ____N/A____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to the extra cost. If you choose this insurance, the cost is shown in items 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on the contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Insurance**
☒ GAP ............................ Term 72
Type of Insurance
Premium $ 599.00
Insurance Company Name ___FCGAP___
Home Office Address _____

I want the insurance checked above
X [signature]      [signature]
Buyer Signature              Date
X Emmet Bowen    [signature]
Co-Buyer Signature           Date

THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

X [signature]
Buyer Signature
X Emmet Bowen
Co-Buyer Signature

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance). If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in item 4B of the ITEMIZATION OF AMOUNT FINANCED. The coverage is for the initial term of the contract.

**Returned Check Charge:** You agree to pay a charge of $ 30.00 if any check you give to us is dishonored.

**OPTION:** ☐ You pay no finance charge if the amount financed, item 5, is paid in full on or before _____, Year _____  SELLER'S INITIALS _____

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we both must sign it. No oral changes are binding.   Buyer Signs X [signature]   Co-Buyer Signs X Emmet Bowen
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others. See back for other important agreements.

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.
Buyer Signs X [signature]  Date 06/28/07   Co-Buyer Signs X Emmet Bowen  Date 06/28/07

Co-Buyer and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____
Seller sign BILL HEARD CHEVROLET INC. -COLLIE-  Date 06/28/07, X [signature]   Title _____

Seller assigns its interest in this contract to  GMAC  (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse
BILL HEARD CHEVROLET INC. -COLLIERV-
Seller                                                  By [signature]

LAW FORM NO. 553-TN [fine print]

ORIGINAL LIENHOLDER

## EXHIBIT "A"

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 3GNEC12057G306608 | 07 | CHEV | AVA | UT | 76562621 |

DATE OF FIRST SECURITY INTEREST    06-20-2007

**GMAC**
**PO BOX 8102**
**COCKEYSVILLE MD 21030**

FIRST LIEN RELEASED BY

_____    _____
SIGNATURE                    RELEASE DATE

**GMAC**
**PO BOX 8102**
**COCKEYSVILLE MD 21030**

---

STATE OF TENNESSEE
DEPARTMENT OF REVENUE                000079

## STATE OF TENNESSEE
### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 3GNEC12057G306608 | 07 | CHEV | AVA | UT | 7656262 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | FL | $3750.05 | 79 | 11 |

PREV OTHER TITLE ST:   FL
DATE TITLE ISSUED     07-30-2007    REMARKS
DATE VEHICLE ACQUIRED 06-20-2007    ACTUAL MILEAGE

**ORTHER BOWEN OR**
**EMMET BOWEN**
**38118 SUMNERS WELL**
**MEMPHIS, TN 38118**

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR
SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

_____    _____
SIGNATURE                    RELEASE DATE

DATE OF FIRST SECURITY INTEREST    06-20-2007

**GMAC**
**PO BOX 8102**
**COCKEYSVILLE MD 21030**

4105833

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK   HOLD AT AN ANGLE TO SEE THE MARK
STATE OF TENNESSEE

EXHIBIT "B"