SIMPLE FINANCE CHARGE

JUN 28 2007

**Buyer (and Co-Buyer) Name and Address (including County and Zip Code)**

EMET BOWEN
194 PHILLIPS ST
HOLLY SPRING, MS 38635

**Creator - Seller (Name and Address)**

BILL HEARN CHEVROLET INC.
COLLIERVILLE, TN 38017

You, the Buyer and Co-Buyer, if any, may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| NEW | 2007 | CHEVROLET AVALANCHE | 3GNEC12857G306608 | personal, family or household business agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your down payment of $ _____ |
|---|---|---|---|---|
| 7.50 % | $ 14289.61 | $ 54348.79 | $ 68639.40 | $ 71639.40 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 953.28 | Monthly beginning 08/04/2007 |

Or As Follows

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 1.00 or 5 % of the part of the payment that is late, whichever is greater.

Prepayment. If you pay off all your debt early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including $ _____ sales tax) $ 53228.34
2. Total Downpayment =
   Trade-in N/A
   Gross Trade-in Allowance $ N/A
   Less Pay Off Made By Seller $ N/A
   Equals Net Trade In $ N/A
   + Cash $ 3000.00
   + Other $ N/A
   (If total downpayment is negative, enter "0" and see 4I below) $ 3000.00
3. Unpaid Balance of Cash Price (1 minus 2) $ 50228.34
4. Other Charges Including Amounts Paid to Others on Your Behalf
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      Life $ N/A
      Disability $ N/A
   B. Vendor's Single Interest Insurance Paid to Insurance Company $ N/A
   C. Other Insurance Paid to Insurance Company $ 599.00
   D. Official Fees Paid to Government Agencies $ N/A
   E. Government Taxes Not Included in Cash Price $ N/A
   F. Government License and/or Registration Fees $ 165.50
   G. Government Certificate of Title Fees $ 15.00
   H. Other Charges (Seller must identify who is paid and describe purpose)
      N/A for Prior Credit or Lease Balance $ N/A
      BILL HEARN PROCESSING FEE to $ 399.00
      GMPP for SERVICE CONTROL to $ 3000.00
      N/A to N/A $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf $ 4120.45
5. Amount Financed (3 + 4) $ 54348.79

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your decision to buy or not to buy other insurance will not be a factor in the credit approval process.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Optional Credit Insurance**

Credit Life: Buyer / Co-Buyer / Both
Credit Disability (Buyer Only)

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address

**Other Insurance**

Type of Insurance _____ Term 72
Premium $ 599.00
Insurance Company Name FCISP
Home Office Address

THE INSURANCE DOES NOT PROVIDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.

VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance)

Returned Check Charge: You agree to pay a charge of $ 30.00 if any check you give to us is dishonored.

OPTION: You pay no finance charge if the amount financed, item 5, is paid in full on or before _____ Year _____ SELLER'S INITIALS

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.

Buyer Signs X _____ Co-Buyer Signs X _____

NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 06/28/07   Co-Buyer Signs X _____ Date 06/28/07

Other owner signs here X

Seller BILL HEARN CHEVROLET INC. - COLL. TN Date 06/28/07 By _____

Seller assigns its interest in this contract to GMAC _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.

Assigned with recourse   Assigned without recourse   Assigned with limited recourse

BILL HEARN CHEVROLET INC. - COLL. TN BY _____

LAW FORM NO. 553-TN

ORIGINAL LIENHOLDER

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 3GNEC12057G306608 | 07 | CHEV | AVA | UT | 76562621 |

DATE OF FIRST SECURITY INTEREST     06-20-2007

GMAC
PO BOX 8102
COCKEYSVILLE MD 21030

FIRST LIEN RELEASED BY

SIGNATURE                           RELEASE DATE

GMAC
PO BOX 8102
COCKEYSVILLE MD 21030

STATE OF TENNESSEE
DEPARTMENT OF REVENUE                    000079

## STATE OF TENNESSEE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

### CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 3GNEC12057G306608 | 07 | CHEV | AVA | UT | 765626 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | FL | $3750.05 | 79 | 11 |

PREV OTHER TITLE ST:     FL

DATE TITLE ISSUED     07-30-2007     REMARKS

DATE VEHICLE ACQUIRED     06-20-2007     **ACTUAL MILEAGE**

ORTHER BOWEN OR
EMMET BOWEN
38118   SUMNERS WELL
MEMPHIS, TN 38118

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101.  TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED FOR
SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

SIGNATURE                           RELEASE DATE

DATE OF FIRST SECURITY INTEREST     06-20-2007

GMAC
PO BOX 8102
COCKEYSVILLE MD 21030

4105833

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO SEE THE MARK.

DEPARTMENT OF SALES
TENNESSEE

## STATE OF TENNESSEE