United States Bankruptcy Court

Western District of Tennessee

Western Division

_____

IN RE:

| | |
|---|---|
| Ally Financial f/k/a GMAC Inc. v. Bowens | Adversary Number - 11-00266 |
| Debtor Emmitt Pascal Bowens | In Main Bankruptcy Case - 11-23088 |
| CHAPTER  7 | |

_____

Motion to Withdraw as Counsel for Debtor

_____

Comes now Counsel for Debtor Emmitt Pascal Bowens and requests permission from the

court to withdraw as counsel for debtor Emmitt Pascal Bowens and adversary proceeding 11-

00266 file in main bankruptcy 11-23088. As reasons attorney would state the following.

1. Attorney has been requested to withdraw as counsel for debtor.

Respectfully submitted,

/s/ David M. Sandy
David M. Sandy -024692
Counsel for Defendant
731 Litty Pl. #204
Memphis, TN 38103
901-493-0656

Certificate of Service and Consultation

I certify a copy of the foregoing document was served on Joseph C. Gibbs, counsel for plaintiff on October 22, 2012 via email to [jcglaw@bellsouth.net](jcglaw@bellsouth.net). I also certify a copy of this motion was served on debtor on the same date via US mail postage prepaid at .

Emmit Bowens

275 Chesterman St.

Holly Springs, MS

    38635

**Emmitt Pascal Bowens**

4424 Sumners Well

Memphis, TN 38118

Debtor was also served via email at [ebbowen@mail.com](ebbowen@mail.com)

/s/ David Sandy

David M. Sandy -024692