## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

**IN RE:**   **EMMITT PASCAL BOWENS,**
**DEBTOR**

**CASE NO.: 11-23088**
**CHAPTER 7**

**ALLY FINANCIAL, INC. f/k/a GMAC**                    **PLAINTIFF**

**VS**

**ADVERSARY PROCEEDING NO.   11-00266**

**EMMITT PASCAL BOWENS**                                      **DEFENDANT**

### NOTICE OF SERVICE OF RESPONSES TO REQUESTS
### FOR PRODUCTION OF DOCUMENTS

Charles Rich, Esquire
3884 Summer Ave.
Memphis, Tennessee  38122
Attorney for Emmitt Pascal Bowens

    Notice is hereby given that the Joseph C. Gibbs, attorney for Plaintiff, Ally Financial, Inc., f/k/a GMAC has this day served the following:

RESPONSE OF ALLY FINANCIAL, INC. f/k/a To DEBTOR'S
REQUEST FOR PRODUCTION OF DOCUMENTS

    The undersigned, Joseph C. Gibbs, retains the originals of the above documents as custodian thereof.

    This the 3rd day of April, 2013.

    /s/ Joseph C. Gibbs
**JOSEPH C. GIBBS**           MS Bar No. 4814
Post Office Box 1117  -  111 Court Street
Clarksdale, Mississippi 38614 - 1117
Phone: (662) 627-4146 Email: jcglaw@bellsouth.net
Attorney for Ally Financial, Inc.