## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re<br><br>Emmitt Pascal Bowens<br><br><br>Debtor(s).<br>Ally Financial Inc. f/k/a GMAC Inc.<br><br><br>Plaintiff(s)<br><br>vs.<br><br>Emmitt Pascal Bowens<br>Defendant(s) | Case Number: 11–23088   gwe<br>Chapter  7<br><br><br><br><br><br><br><br><br><br>Ad. Pro. No.  11–00266 |

# NOTICE OF ENTRY OF JUDGMENT

**On  8/7/13  the following order was entered: Order Adjudicating Adversary Proceeding and Denying Discharge AND Notice of Entry of Judgment (related document(s):2 Amended/Corrected Complaint to Object to Discharge (ana)**



 Jed G. Weintraub
Clerk of the Bankruptcy Court


By:   April Avent
Deputy Clerk

Date:   August 7, 2013

**[nej]** [Notice of Judgement Adversary 04/03]